UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCINE A. NICHOLSON,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br><br>    Defendant. | Civ. A. No. 1:22-cv-11322 |

### NOTICE OF REMOVAL

Defendant Massachusetts Bay Transportation Authority ("MBTA" or "Defendant") hereby removes from the Superior Court for the Commonwealth of Massachusetts, Suffolk County, the case captioned *Francine A. Nicholson v. Massachusetts Bay Transportation Authority*, Civil Action No. 2284CV01802 (hereinafter the "state court action"), to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, Defendant states:

### I.     INTRODUCTION

1.     Defendant attaches hereto as Exhibit A copies of the Civil Action Cover Sheet and Complaint, which constitute all process, pleadings, and orders which it received or of which it is aware. *See* 28 U.S.C. § 1446(a).

2.     This is an employment case; Plaintiff alleges Defendant is liable for third-party sexual harassment by an MBTA customer and brings claims of gender/sexual harassment, failure to engage in an interactive dialogue and/or provide a reasonable accommodation based on handicap, and hostile work environment. *See* Exhibit A, Complaint, ¶¶ 60-99.

## II.     SERVICE OF THE STATE COURT ACTION

3.      Plaintiff served her Complaint in the state court action on Defendant on August 5, 2022. *See* 28 U.S.C. § 1446(b)(1).

## III.    BASIS FOR REMOVAL

4.      Among other things, Plaintiff alleges in her Complaint that Defendant failed to engage in an interactive dialogue and/or failed to provide reasonable accommodation in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101. *See* Exhibit A, Complaint, ¶¶ 47-59, 88-99.

5.      A federal question is evident on the "face of the complaint," and it may, therefore, be removed. *See Gully v. First Nat'l Bank*, 299 U.S. 109, 113 (1936); *Rossello-Gonzalez v. Calderon-Serra*, 398 F.3d 1, 10 (1st Cir. 2004).

6.      This Court has jurisdiction over an ADA claim under 28 U.S.C. § 1331. Defendant may remove the state court action to this Court under 28 U.S.C. §§ 1441 and 1446. The Court has supplemental jurisdiction over Plaintiff's state law claims (the Complaint alleges a corollary handicap discrimination claim, as well as gender/sexual harassment and hostile work environment claims, under the Commonwealth's fair employment practices act, M.G.L. c. 151B) under 28 U.S.C. § 1367.

## IV.     CONCLUSION

7.      With reference to 28 U.S.C. § 1446(d), Defendant will promptly file written notice of the filing of this Notice of Removal with the Clerk of the Suffolk Superior Court. Defendant will also serve a copy of the notice filed with the Suffolk Superior Court on Plaintiff's counsel.

8.      This Notice of Removal is filed within thirty days of receipt of service. *See* 28 U.S.C. § 1446.

9. Defendant will file a certified or attested copy of all records and proceedings and all docket entries filed in the state court action within 28 days. *See* Loc. R. Civ. P. 81.1.

10. Nothing in this Notice of Removal or related documents should be interpreted as a waiver or relinquishment of Defendant's right to assert any defense in this action.

WHEREFORE, Defendant respectfully requests that this matter proceed as an action properly removed to the United States District Court for the District of Massachusetts from the Superior Court of the Commonwealth of Massachusetts, Suffolk County.

>Respectfully submitted,
>
>MASSACHUSETTS BAY
>TRANSPORTATION AUTHORITY,
>
>By its attorney,
>
>*/s/ Joshua D. Nadreau*
>Joshua D. Nadreau, BBO No. 688970
>Deepa K. Desai, BBO No. 696574
>FISHER & PHILLIPS LLP
>200 State Street, 7th Floor Boston,
>Massachusetts 02109
>Tel: (617) 722-0044
>Fax: (617) 532-5899
>jnadreau@fisherphillips.com
>ddesai@fisherphillips.com

Dated: August 17, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing was emailed to the following counsel of record and parties of interest on this date.

    Ryan A. Ciporkin, Esq.
    Brendan Slean, Esq.
    Lawson & Weitzen, LLP
    88 Black Falcon Avenue, Suite 345
    Boston, MA 02210-1736
    Telephone: (617) 430-4990
    Facsimile: (617) 439-3987
    rciporkin@lawson-weitzen.com
    bslean@lawson-weitzen.com

Dated: August 17, 2022

                                         */s/ Joshua D. Nadreau*
                                         Joshua D. Nadreau